B 1 (Official Form 1) (1/08)

*B2594* (handwritten)
*Original* (handwritten)

| United States Bankruptcy Court | |
|---|---|
| **Southern District of New York** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Long, Paulette, Marie | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Office-C 220 Madison Avenue NY;Endermologie-Cellulite Stud | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>~~XXXXX~~2352 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>220 Madison Avenue, Ground Floor C<br>New York, NY 10016 and 105 East 38th Street, 5-A, New York<br>ZIP CODE 10016 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE N/A |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>105 EAST 38th ST 5-A<br>New York, NY 10016<br>ZIP CODE N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Same | ZIP CODE N/A |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other Specialty Endermologie Spa | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☒ Chapter 11    Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>            Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer   ☒ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>     distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Long, Paulette, Marie |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet.)</td></tr>
<tr><td>Location<br>Where Filed:   Not Applicable</td><td>Case Number:<br>Not Applicable</td><td>Date Filed:<br>N/A</td></tr>
<tr><td>Location<br>Where Filed:   Not Applicable</td><td>Case Number:<br>Not Applicable</td><td>Date Filed:<br>N/A</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor</b> (If more than one, attach additional sheet.)</td></tr>
<tr><td>Name of Debtor:<br>Not Applicable</td><td>Case Number:<br>Not Applicable</td><td>Date Filed:<br>N/A</td></tr>
<tr><td>District:   Southern District of New York</td><td>Relationship:<br>Not Applicable</td><td>Judge:<br>N/A</td></tr>
</table>

<table>
<tr>
<td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>x   N/A<br>_____<br>Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

     ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

     ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

     ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

     ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           N/A<br>
           _____<br>
           (Name of landlord that obtained judgment)

           N/A

           _____<br>
           (Address of landlord)

     ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

     ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

     ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Long, Paulette, Marie** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Paulette Long*<br>    Signature of Debtor<br><br>X   N/A<br>    Signature of Joint Debtor<br>    N/A<br>    Telephone Number (if not represented by attorney)<br>    2124811003<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X   N/A<br>    (Signature of Foreign Representative)<br><br>    N/A<br>    (Printed Name of Foreign Representative)<br><br>    N/A<br>    Date |
| **Signature of Attorney\***<br><br>X   N/A<br>    Signature of Attorney for Debtor(s)<br>    N/A<br>    Printed Name of Attorney for Debtor(s)<br>    Firm Name<br>    N/A<br>    Address<br><br>    N/A<br>    Telephone Number<br>    N/A<br>    Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>    N/A<br>    Printed Name and title, if any, of Bankruptcy Petition Preparer<br>    N/A<br>    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>    N/A<br>    Address<br><br>X   N/A<br>    N/A<br>    Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   N/A<br>    Signature of Authorized Individual<br>    N/A<br>    Printed Name of Authorized Individual<br>    N/A<br>    Title of Authorized Individual<br>    N/A<br>    Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Creditor's Matrix

Argo Realty

50 West 17th Street

New York, NY, 10011-5702

Media Max

400 Columbus Avenue

Valhalla, New York, 10595

Cynosure, Inc.

5 Carlisle Road

Westford, MA 01886

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Paulette Marie Long                           ,
Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Argo Realty 50 West 17th Street | Barry Bonami(212) 896-8600 | Contract | Liquidated | $44,000.00 |
| Media Max 400 Columbus Avenue | Laura (800) 753-5370 | Contract | Liquidated | $2,300 |

Date:  3/12/2010

*[signature]* Paulette Long
Paulette Marie Long
Debtor

*[Declaration as in Form 2]*

Chapter 11 Case No._____

**PAULETTE MARIE LONG**
-----------------------------------------------------------**X**

*(1) the nature of the debtor's business and a concise statement of the circumstances leading to the debtor's filing under chapter 11;*

Paulette Long began operations to provide LPG Endermologie® services to women and men in May 2002. Ms. Long's interest in health, wellness and beauty products and services stemmed from concern expressed by acquaintances about finding ways to get rid of cellulite. On May 1, 2002, the business was established.

Paulette Long has financed its current operations through investment capital derived from Park Avenue Grant Writers, Inc., d/b/a Not-For-Profit Grant Writers. This group is a New York City based fund-development firm that raises money exclusively for nonprofit organizations through researching, writing and targeting grant proposals to foundations and corporations and by coordinating special cultivation events. Since October 15, 2002, when we served our first client—we had to secure second and third and eventually seven treatment rooms because of the high demand and because considerably more sales had been reasonably projected.

**Background and History.** We believed that the market for Endermologie® services was viable and growing[4]. European women have consistently used Endermologie® for the past 24 years, as the technology was first developed and applied in France. Endermologie® was originally developed there in the 1980s as a medical treatment for adherent scars[5]. (When repeated infection or ulceration damages the skin, adherent scars result so that scar tissue becomes attached to the skin's underlying layers.) Endermologie® was developed as an alternative method to surgery for freeing the scar. In the process of freeing the scar tissue, many patients observed reduction of body dimensions and improvement in skin texture. Since then, Endermologie® has been used as a treatment to achieve cellulite reduction and skin toning.

The hours of operation for the business are 8:15 a.m. to 8:00 p.m., Monday through Saturday and on Sundays by prior appointment. It had been anticipated that the business would experience seasonal fluctuation. With this consumer driven industry, sales during the spring and early summer and again in the fall till spring seasons will provide the largest source of yearly revenue, followed by holiday gift certificate sales, and targeted mail and e-mail marketing responses. *However, the current economic crisis was not anticipated.*

---

[4] Profitability Model for the Endermologie® Business--http://www.iso-beauty.com/DesktopDefault.aspx?tabid=102
[5] History of Endermologie and LPG--http://www.lpgone.net/co_history.html

It is axiomatic that in order to be profitable, a business has to be able to sell its product or service to enough customers to cover its costs, service its debt and continue operations.

The business collects, 99 percent of its payments by credit card in advance of services in packages ranging in cost from $900.00 to $3,860. The cost of one individual session is $100.00. Packages paid in advance provide customer discounts of 14% to 31%, while at the same time enhancing cash flow for company operations.

Because income has been severely reduced because of the current economic climate, I have been unable to make payment of rent arrears. The Marshal is scheduled to evict debtor from the premises today, March 12th at 12:30 p.m.

**(2) if the case originally was commenced under chapter 7 or chapter 13, the name and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee;**

Not Applicable.

**(3) the names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation;**

Not Applicable

**(4) the following information with respect to each of the holders of the 20 largest unsecured claims, excluding insiders: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured;**

**20 Largest Unsecured Claims**

| Name and Address | Telephone | Names of Persons Familiar with Debtor's Account | Amount of the Claim | Whether claim is contingent, unliquidated, disputed or partially secured. |
|---|---|---|---|---|
| Argo Realty<br><br>50 West 17th Street<br><br>New York, NY,10011-5702 | (212) 896-8600 | Barry Bonami | $44,000 | partially secured |
| Media Max<br><br>400 Columbus Avenue<br><br>Valhalla, New York, 10595 | (800) 753-5370 | | $2,300 | unsecured |

**(5) the following information with respect to each of the holders of the five largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed;**

**Five Largest Secured Claims**

| Name and Address | Amount of the Claim | Brief Description | Estimated Value of the Collateral Securing the Claim | Whether claim is Disputed |
|---|---|---|---|---|
| Cynosure, Inc.<br><br>5 Carlisle Road<br><br>Westford, MA 01886 | $24,000 | Laser equipment leased for use in business. | $12,000 | Disputed |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**(6) summary of the debtor's assets and liabilities;**

| Assets | In Even Dollars | Liabilities and Net Worth | In Even Dollars |
|---|---|---|---|
| Cash on hand and in Banks—See Schedule A | $2,000 | Notes Payable—See Schedule A | $   -0- |
| U.S. Government Securities—See Schedule B | None | Accounts and Bills Due | $  66,000 |
| Listed Securities—See Schedule B | None | Unpaid Taxes | -0- |
| Unlisted Securities—See Schedule B | None | Real Estate Mortgages Payable—See | $-0- |
| Other Equity Interests—See Schedule B | $156,500 | Schedule C or D | -0- |
| Accounts and Notes Receivable | $15,000 per month | Land Contracts Payable—See Schedule C | -0- |
| Real Estate Owned—See Schedule C | -0- | Life Insurance Loans—See Schedule D | -0- |
| Mortgages and Land Contracts Receivable—See Schedule C | -0- | Other Liabilities:  Itemize | None |
|  | None |  |  |
| Cash Value Life Insurance—See Schedule D | $-0- |  |  |
|  |  | TOTAL LIABILITIES | $66,000 |
|  |  | NET WORTH | $336,500 |
| TOTAL ASSETS | $798,000 | TOTAL LIABILITIES AND NET WORTH | $402,500 |

Debtor In Possession

| Sources of Income | In Even Dollars | General Information | |
|---|---|---|---|
| Salary                    $ | $  125,000<br>Paulette Long | Cellulite Endermologie Studio and Park Avenue Grant Writers | |
| Bonus and Commissions | -0- | Owner and Proprietor: Cellulite Endermologie Studio, Park Avenue Grant Writers, UNCO United Oil Holdings, LLC | No. Years<br>8 years-Cellulite<br>15 years-Park Ave Grant<br>4 years-UNCO |
| Dividends | -0- | Business Address: 220 Madison Avenue, Ground Floor C, New York, NY 10016 –Cellulite and;<br>105 East 38th Street, Suite 5-A-Park Ave Grant and UNCO | |
| Real Estate Income | -0- | Phone No. 212-481-1003-Park Ave Grant, 1800-430-7545-Cellulite- | |

| *Other Income: Itemize | $890.00 per month-Social Security $10,680 | Partner, officer or owner in any other venture? ■No ☐ Yes |
|---|---|---|
| Retirement Income | -0- | If so, explain: |
| **TOTAL** $ | $135,680 | |

| Are any assets pledged? ■ No ☐ Yes  Detail in Schedule A | | |
|---|---|---|
| | | |
| | | |

| Contingent Liabilities | In Even Dollars | General Information (continued) |
|---|---|---|
| As endorser, co-maker or guarantor | $  -0- | Are you a defendant in any suits or legal action?  ☐No ■Yes |
| On leases | $44,000 | If so, explain: Landlord brought suit for back rent and possession. |
| Legal claims | $68,000 | Have you ever taken bankruptcy? ■ No ☐ Yes |
| Provision for federal income taxes | -0- | If so, explain: |
| Other special debt, e.g., recourse or repurchase liability | -0- | Do you have a will?  ☐ No ■Yes With whom?  Spouse |
| | | Do you have a trust? ■ No ☐ Yes  With whom? |
| **TOTAL** | $  -0- | Number of dependents ___0___  Ages _____N/A_____ |

**(7) the number and classes of shares of stock, debentures, or other securities of the debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held;**

Not Applicable.

**8) a list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending;**

Not Applicable.

**(9) a list of the premises owned, leased, or held under other arrangement from which the debtor operates its business;**

a) 220 Madison Avenue, Ground Floor C, New York, NY 10016-Cellulite Endermologie Studio

b) 105 East 38th Street, Suite 5-A, New York, NY 10016-Park Avenue Grant Writers

**(10) the location of the debtor's substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States;**

## LIST OF EQUIPMENT
## ENDERMOLOGIE CELLULITE STUDIO

| Make | Model | Year | Serial No. | Color | Totals |
|---|---|---|---|---|---|
| LPG | Cellu-M6-1 Key Module— | 2003 | KMI S120617 | Silver | $33,000 |
| LPG | Cellu-M6 | 2002 | IPPO32933 | White and Green | 24,000 |
| LPG | Cellu-M6 | 2002 | IPND 50751 | White and Yellow | 24,000 |
| LPG | ES-1 | 2001 | SNNSPK07037S | White | 10,500 |
| LPG | ES-1 | 2001 | | White | 10,500 |
| Cynosure | Tri-Active LaserDermology | 2003 | BG3A473G | Grey | 28,000 |
| LPG | Photo Station | 2002 | S/NPMS US 98207 | Blue and White | 2,500 |
| LPG | Photo Station | 2002 | S/NPMS US 97959 | Blue and White | 2,500 |
| Unknown | Photo Station | 2001 | Not Available | Light Blue and White | 1,000 |
| Tanita | Body Water Scale | 2002 | TBF305 | White | 1,000 |
| Tanita | Body Water Scale | 2002 | TBF105 | White | 1,000 |
| Hot Cabi | Aesthetic Oven | 2004 | T-01(02) | White | 250 |
| Galaxium | Cosmetic Chair | 2003 | 152441 6000B-1 | White | 750 |
| Dazor | Cosmetic Mirror | 2003 | 8MC-300 | White | 100 |
| Twinhead Model B750 | Laptop Computer | 2002 | 750CA00526 | | 2,000 |
| Sony | Laptop Computer | 2002 | | | 2,000 |
| Damani | Office Amoire | 2002 | | Beige | 1,500 |
| Oakworks | Performance Lift Stationary Massage Table | 2002 | PL 212 413 | Blue | 2,000 |
| Oakworks | Performance Lift Stationary Massage Table | 2002 | PL200164 | Blue | 2,000 |
| Oakworks | Performance Lift Stationary Massage Table | 2003 | PL 392205 | Blue | 2,000 |
| Oakworks | Alliance | 2004 | | Green | 750 |

| | Portable Massage Table | | | | |
|---|---|---|---|---|---|
| Oakworks | Aurora Portable Massage Table | 2004 | | Green | 750 |
| Glass Table | 1 | 2005 | | | $5,000 |
| Waiting Room Chairs | 3 | 2005 | | | $1,500 |
| **TOTAL VALUE OF EQUIPMENT** | | | | | **$ 156,600** |

Books and Records: 220 Madison Avenue, Ground Floor C, New York, NY 10016 and 105 East 38th Street, Suite 5-A, New York, NY 10016.

No Assets held by the debtor outside the territorial limits of the United States.

***(11) the nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent; and***

| Action or Proceeding | Nature | Present Status |
|---|---|---|
| Murray House Owners Corp Against Paulette Long 220 Madison Avenue-Office C, New York, NY 10016 Index No: 75418/06 | Commercial Landlord Tenant proceeding to recover past due rent and possession. | Marshal's Eviction scheduled for **today, March 12th, 2010 at 12:30 p.m.** Marshal Danny M. Weinheim 718-295-3333 |
| Cynosure Laser Against Paulette Long, et. al. | Action to recover past due leasing fees for laser equipment used in spa business. Machine has been repaired and has broken down again, therefore payment not made pursuant to stipulation. | Index 107849-05 Marshal's Notice Served to Sell the business to recover $24,000 was stayed by Order to Show Cause in New York Civil Court. Hearing date Scheduled. |

***(12) the names of the individuals who comprise the debtor's existing senior management, their tenure with the debtor, and a brief summary of their relevant responsibilities and experience.***

Paulette Long, debtor in possession is the only senior management for the business.

***(b) Additional Information if Business is to Continue. If the debtor intends to continue to operate its business, the affidavit shall so state and set forth:***

**(1) the estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30 day period following the filing of the chapter 11 petition;**

Estimated weekly payroll to employees for the 30 day period following the filing of the chapter 11 petition will be $900 per week.

**(2) the amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition --**

**(A) if the debtor is a corporation, to officers, stockholders, and directors;** Not Applicable/None to be paid.

**(B) if the debtor is an individual or a partnership, to the individual or the members of the partnership; and**

None to be paid.

**(C) if a financial or business consultant has been retained by the debtor, to the consultant; and**

Not Applicable/None to be paid.

**(3) a schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing.**

It is anticipated that the sum of $8,000 to $10,000 per month will be collected from which spa products and consumables in the amount of $300 to $500 will be deducted and from which salaries will be deducted. Sums will be higher due to business' participation in a citywide spa week promotion.

Sworn to before me this 12th day of March, 2010

Notary Public

JASLINNE LOPEZ
Notary Public, State of New York
No. 01LO6194879
Qualified in New York County
Commission Expires Oct. 14, 2012

7

In re  Paulette Marie Long
_____
          Debtor(s)

Case Number: _____
          (If known)


## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for<br>    Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A<br>Debtor's<br>Income** | **Column B<br>Spouse's<br>Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $            0.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$ 125,000.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 123,000.00</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a.</td></tr></table> | | $     2,000.00 | $ |
| 4 | **Net rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a.</td></tr></table> | | $            0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | | $            0.00 | $ |
| 6 | **Pension and retirement income.** | | $        890.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $            0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ _____</td></tr></table> | | $ | $ |

| | | | | |
|---|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
| | | a. | | $　　　0.00 | |
| | | b. | | $　　　0.00 | |
| | | | | $   10,416.00 | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | | $   10,416.00 | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | $　　　　11,306.00 | |

| Part II: VERIFICATION | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: __03/12/2010__　　　　　　Signature: _Paulette Lary_<br>　　　　　　　　　　　　　　　　　　　　　　(Debtor)<br><br>Date: _____　　　　Signature: _N/A_____<br>　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any) |

# Projected Balance Sheet

Paulette Marie Long

| Assets | Historical as of 01/01/2009 | | Projected as of 06/30/2010 | |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash in bank | $ | 1,000 | $ | 8,000 |
| Accounts receivable | | 10,000 | | 12,000 |
| Inventory | | 5,000 | | 5,000 |
| Prepaid expenses | | 4,000 | | 4,000 |
| Other current assets | | - | | - |
| **Total Current Assets** | $ | 20,000 | $ | 29,000 |
| | | | | |
| **Fixed Assets** | | | | |
| Machinery & equipment | $ | 156,600 | $ | 156,600 |
| Furniture & fixtures | | 5,000 | | 5,000 |
| Leasehold improvements | | 6,500 | | 1,000 |
| Land & buildings | | 4,000 | | 4,000 |
| Other fixed assets | | - | | - |
| (LESS accumulated depreciation on all fixed assets) | | 20,000 | | 15,000 |
| **Total Fixed Assets (net of depreciation)** | $ | 192,100 | $ | 181,600 |
| | | | | |
| **Other Assets** | | | | |
| Intangibles | $ | 25,000 | $ | 25,000 |
| Deposits | | 1,000 | | 4,000 |
| Goodwill | | 200,000 | | 200,000 |
| Other | | - | | - |
| **Total Other Assets** | $ | 226,000 | $ | 229,000 |
| | | | | |
| **TOTAL Assets** | $ | 418,100 | $ | 410,600 |
| | | | | |
| **Liabilities and Equity** | | | | |
| | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $ | 6,000 | $ | 6,000 |
| Interest payable | | - | | |
| Taxes payable | | - | | |
| Notes, short-term (due within 12 months) | | 1,000 | | 1,000 |
| Current part, long-term debt | | 66,000 | | 60,000 |
| Other current liabilities | | - | | - |
| **Total Current Liabilities** | $ | 73,000 | $ | 70,000 |
| | | | | |
| **Long-term Debt** | | | | |
| Bank loans payable | $ | - | $ | - |
| Notes payable to stockholders | | - | | |
| LESS: Short-term portion | | (66,000) | | 6,000 |
| Other long term debt | | - | | - |
| **Total Long-term Debt** | $ | (66,000) | $ | 6,000 |
| | | | | |
| **Total Liabilities** | $ | 7,000 | $ | 76,000 |
| | | | | |
| **Owners' Equity** | | | | |
| Invested capital | $ | 750,000 | | |
| Retained earnings - beginning | | 6,000 | | 6,000 |
| Retained earnings - current | | 2,000 | | |
| **Total Owners' Equity** | $ | 758,000 | $ | 6,000 |
| | | | | |
| **Total Liabilities & Equity** | $ | 765,000 | $ | 82,000 |

| Paulette Long | Endermologie Cellulite Studio | | | | | |
|---|---|---|---|---|---|---|
| Year to Date Income | 2-- | | | | | |
| June 2009 to Present | | | | | | |
| | June | July | August | September | October | November |
| Revenue | $ 8,000.00 | $ 7,000.00 | $ 6,500.00 | $ 4,000.00 | $ 8,600.00 | $ 6,200.00 |
| Total Revenue | 8,000.00 | 7,000.00 | 6,500.00 | 4,000.00 | 8,600.00 | 6,200.00 |
| Equipment Rental | | - | - | - | - | - |
| Office Supplies | 365.00 | 365.99 | 607.00 | 365.00 | 365.00 | 365.00 |
| Rent | - | - | - | - | - | - |
| Advertising | 325.00 | 325.00 | 325.00 | 1,325.00 | 325.00 | 325.00 |
| Supplies | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 |
| | | | | | | 142.00 |
| Processing Fees | 160.00 | 140.88 | 120.00 | 90.00 | 172.00 | 124.00 |
| Insurance | | - | - | - | - | - |
| Bank Charges | 35.00 | 65.00 | 26.35 | 15.86 | 15.84 | 53.20 |
| Salaries | 9,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 |
| Furniture | | - | - | - | - | - |
| Renovation/Repairs | - | - | - | - | - | - |
| Postage and Courior | - | - | - | - | - | - |
| Total Expenses | 11,127.00 | 5,138.87 | 5,320.35 | 6,037.86 | 5,119.84 | 5,251.20 |
| Net Income | $ (3,127.00) | $ 1,861.13 | $ 1,179.65 | $ (2,037.86) | $ 3,480.16 | $ 948.80 |

Not Factoring in start up costs.

| December | January | February | Total |
|---|---|---|---|
| $ 7,000.00 | $ 9,000.00 | $ 10,000.00 | $ 66,300.00 |
| 7,000.00 | 9,000.00 | 10,000.00 | 66,300.00 |
| - | - | - | - |
| 365.00 | 365.00 | 365.00 | 3,527.99 |
| 4,100.00 | 4,100.00 | - | 8,200.00 |
| 325.00 | 325.00 | 1,325.00 | 4,925.00 |
| 642.00 | 642.00 | 642.00 | 5,778.00 |
| 140.00 | 60.00 | 200.00 | 1,206.88 |
| - | - | - | - |
| 51.87 | 32.10 | 30.50 | 325.72 |
| 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 |
| | - | - | - |
| 1,200.00 | - | - | 1,200.00 |
| | - | - | - |
| 10,423.87 | 9,124.10 | 6,162.50 | 63,705.59 |
| $ (3,423.87) | $ (124.10) | $ 3,837.50 | $ 2,594.41 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Chapter 11 Case No._____

PAULETTE MARIE LONG

-------------------------------------------------------------X

## ORDER SCHEDULING INITIAL CASE CONFERENCE

Paulette Marie Long, (the Debtor" ) having filed a petition for reorganization under chapter 11 of the

Bankruptcy Code on May 12, 2010, and the Court having determined that a case management conference

will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(D) that an initial case management conference will be

conducted by the undersigned Bankruptcy Judge in Room_____United States Bankruptcy Court,

(One Bowling Green, New York, New York 10004) on _____, _____ at _ _ _ m.

or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which

may include, inter alia, such topics as retention of professionals, creation of committee to review budget

and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case

management conferences: and it is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the

scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if

no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the

five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall

promptly file proof of service of such notice with the Clerk of the Court.

Dated:_____, New York

_____, _____, _____

_____
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Paulette Marie Long                                              Case No. _____
                     Debtor

Chapter _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer
I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

Paulette Marie Long, Debtor                                     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
Printed name and title, if any, of Bankruptcy Petition Preparer     Social Security number (If the bankruptcy petition
Address:  105 East 38th Street, 5-A                               preparer is not an individual, state the Social Security
          New York, NY 10016                                      number of the officer, principal, responsible person, or
                                                                  partner of the bankruptcy petition preparer.) (Required
                                                                  by 11 U.S.C. § 110.)
X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor
I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Paulette Marie Long                                X  *Paulette Long*                    03/12/2010
Printed Name(s) of Debtor(s)                       Signature of Debtor                    Date

Case No. (if known) _____              X Not Applicable _____
                                                   Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.